No. 92–6428. WHITE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–6430. MILSAP *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6432. MAHLBERG *v.* MENTZER. C. A. 8th Cir. Certiorari denied.

No. 92–6440. MACK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6446. HART *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–6450. MCCLINTON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–6453. WALLS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–6454. SWAIN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–6456. VALENZUELA-JASSO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6457. TATE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–6463. BUCHANAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6466. BURROWES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–6468. NAHODIL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–6470. RAMIREZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6471. LEPEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6473. ROTH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.